**RECEIVED**
IN MONROE, LA
OCT 15 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| STEWART C. MOREHEAD | CIVIL ACTION NO. 3:06CV1961 |
| VERSUS | JUDGE JAMES |
| WARDEN, LSP | MAGISTRATE JUDGE HAYES |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the Court, considering the record in this case, the requirements of 28 U.S.C. § 2253, and the Supreme Court's decision in Slack v. McDaniel, 529 U.S. 473, 478 (2000), hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to show that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.

MONROE, LOUISIANA, this 12 day of October, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

